**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Thomas B. FOSTER, Defendant–Appellant.**

**No. 02–6227.**

United States Court of Appeals, Fourth Circuit.

Submitted June 19, 2002.

Decided June 28, 2002.

Thomas B. Foster, Appellant Pro Se. Gretchen C.F. Shappert, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Before WILKINS, NIEMEYER, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Thomas B. Foster appeals the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2255 (West 1994 & Supp.2001), and motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Foster*, Nos. CR–96–5–MU; CA–00–60–3–1–MU (W.D.N.C. June 1, 2000; filed July 5, 2000 & entered July 11, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*